JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARDONAY McCOY, an Individual, et al.<br><br>        Plaintiffs,<br>    v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia limited liability company, et al.<br><br>        Defendants | Case No.: EDCV14-23-VAP (DTBx)<br>Complaint filed: November 21, 2013<br>[Removed January 3, 2014]<br><br>**JUDGMENT**<br><br>Judge:    Hon. Virginia A. Phillips |

   IT IS ORDERED that judgment in this action is hereby entered in favor of Plaintiffs Chardonay McCoy and Toddia McCoy and against Defendants CarMax Auto Superstores California, LLC, Santander Consumer USA, Inc., and Safeco Insurance Company of America, pursuant to Federal Rule of Civil Procedure 68 as follows:

   1. Defendants will pay monetary damages of $10,400 which represents all of Plaintiffs' out of pocket expenses related to the subject vehicle;

2. Defendants will pay any amounts owed by Plaintiffs to Santander that relate to the subject vehicle at the time judgment is entered;

3. Defendants will pay costs and reasonable attorney's fees incurred by Plaintiffs prior to the date of this offer in an amount to be determined by the Court upon Plaintiffs' motion.

SO ORDERED.

Dated: May 15 2015

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE